374 A.2d 718

Foster v. Doner, Appellant.

Argued March 23, 1977. Warren J. Borish, with him Meranze, Katz, Spear & Wilderman, for appellant; Arthur M. Rosenbaum, with him Bernard M. Gross, for appellee.

Judgment affirmed.